IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 23 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:14cr5 KS-MTP

RODERICK EDWARDS,  21 U.S.C. § 846
CORNELIUS SMITH,  21 U.S.C. § 841(a)(1)
DEMARCO LEWIS,
DALE YOUNG, and
JABARIS JORDAN

**The Grand Jury charges:**

COUNT 1

That beginning at least as early as 2009 and continuing up to the date of this indictment, in Lamar County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendants, **RODERICK EDWARDS, CORNELIUS SMITH, DEMARCO LEWIS, DALE YOUNG and JABARIS JORDAN** did knowingly conspire with others both known and unknown to the Grand Jury, to possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

All in violation of Section 846, Title 21, United States Code.

**QUANTITY OF COCAINE INVOLVED IN THE CONSPIRACY**

With respect to all of the defendants, **RODERICK EDWARDS, CORNELIUS SMITH, DEMARCO LEWIS, DALE YOUNG and JABARIS JORDAN**, the amount involved in the conspiracy attributable to each as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to each, is in excess of five kilograms of cocaine

hydrochloride, in violation of Title 21, United States Code, Section 841(b)(1)(A).

COUNT 2

That on about April 12, 2013, in George County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendants, **RODERICK EDWARDS, DALE YOUNG and JABARIS JORDAN**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 3

That on about August 5, 2013, in Forrest County, in the Eastern Division of the Southern District of Mississippi and elsewhere, the defendants, **RODERICK EDWARDS and CORNELIUS SMITH**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 4

That on about August 8, 2013, in Forrest County, in the Eastern Division of the Southern District of Mississippi and elsewhere, the defendant, **DEMARCO LEWIS**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, as prohibited by Section

841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

GREGORY K. DAVIS.
United States Attorney

A TRUE BILL:

s/ signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 23rd day of JANUARY, 2014.

UNITED STATES MAGISTRATE JUDGE