PRAECIPE FOR WARRANT



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:14cr5KS-MTP

RODERICK EDWARDS
(Wherever Found)

The Clerk of said Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 23rd day of January, 2014.

This the 23rd day January, 2014.

GREGORY K. DAVIS
United States Attorney

By: _____
JOHN A. MEYNARDIE
Assistant U.S. Attorney
MS Bar # 9912

Warrant issued: 1-27-14

JAM/ DEA