# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 18 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

United States of America
v.
RODERICK EDWARDS

)
)
)
)
)
)
)
)

Case No: 2:14cr5KS-MTP-001

USM No: 10196-043

Date of Original Judgment: 09/15/2014
Date of Previous Amended Judgment: 09/14/2015
*(Use Date of Last Amended Judgment if Any)*

Michael Scott
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 09/14/2015 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4-18-2016

Effective Date: 4-18-2016
*(if different from order date)*

*Judge's signature*

Keith Starrett   United States District Judge
*Printed name and title*